**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **W.D.H.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 5:21-cv-00078-CHW** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | **Social Security Appeal** |
| | : | |
| **Defendant.** | : | |
| | : | |

### <u>ORDER</u>

Before the Court is Plaintiff's motion for an award of $3,632.91 in attorney's fees for 16.7 hours of attorney work, along with $402.00 in costs, pursuant to the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412. (Doc. 17). The Government does not oppose Plaintiff's motion, (Doc. 18), and Plaintiff's fee calculations appear to comport with the Court's formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. 2011). Therefore, Plaintiff's motion is **GRANTED**, and it is hereby **ORDERED** that Plaintiff is awarded **$3,632.91** in attorney's fees under EAJA. This award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). It is further **ORDERED** that Plaintiff be reimbursed $402.00 for costs incurred in filing this action.

**SO ORDERED**, this 28th day of February, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge